## Second Department, June, 1976

### (June 29, 1976)

In the Matter of WESTCHESTER COUNTY CHAPTER, CIVIL SERVICE EMPLOYEES ASSOCIATION, INC., et al., Petitioners.—Application, *inter alia,* for approval pursuant to section 495 of the Judiciary Law of a proposed group legal service plan. Application dismissed. In our opinion, the specific legal services plan proposed by petitioners is not within the purview of section 495 of the Judiciary Law. We do not presently pass upon the ethical aspects of the proposed plan. Gulotta, P. J., Hopkins, Martuscello, Latham and Cohalan, JJ., concur.